■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. BETH ANN PIENTA, as Successor Executrix of LEE HOLDSWORTH, Deceased, and as Executrix of CAROL A. HOLDSWORTH, Deceased, Respondent, v A.W. CHESTERTON COMPANY et al., Defendants, and CRANE Co., Appellant. (Appeal No. 1.) [34 NYS3d 921]—Appeal from an order of the Supreme Court, Erie County (Jeremiah J. Moriarty, III, J.), entered July 10, 2014. The order denied the motion of defendant Crane Co. to set aside a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Whalen, P.J., Carni, NeMoyer, Troutman and Scudder, JJ.